UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

NERDEEN MOHSEN (a.k.a. NERDEEN
KISWANI),

*Plaintiff*,

v.

BETAR ZIONIST ORGANIZATION,
INC.; RONN TOROSSIAN; ROSS GLICK;
YONI KLETZEL; JON I. MANTELL; and
JOHN DOE BETAR BOARD MEMBERS
1-10,

*Defendants*.

Case No. 26-1585

**COMPLAINT**

JURY TRIAL DEMANDED

## INTRODUCTION

1.     Betar Zionist Organization Inc. ("Betar USA") is a far-right organization established for the purpose of depriving Palestinians, Arabs, and Muslims of the equal protection of the laws, or of equal privileges and immunities under the law.

2.     In furtherance of its purpose, Betar USA conspired with Defendants Torossian, Glick, Kletzel, Mantell, John Doe Board Members 1-10, and several coconspirators, including four individuals whose names are unknown (Coconspirators A-D) and Joseph Borgen, to threaten, intimidate, and violate the civil rights of a young Palestinian refugee, Nerdeen Mohsen, a.k.a. Nerdeen Kiswani ("Ms. Kiswani").

3.     Betar USA orchestrated coordinated actions by its coconspirators to stalk, harass, and threaten Ms. Kiswani, including by handing her a beeper provided by Defendants—an action that recalls Israel's use of beepers as incendiary devices. Betar USA has encouraged the public-at-large to assault Ms. Kiswani, including with feces, urine, and baseball bats, repeatedly offering a substantial cash "bounty" to any member of the public who assaults her. It has urged the Trump

administration to strip Ms. Kiswani of her U.S. citizenship. It boasts about its pursuit of Ms. Kiswani on social media, where it has repeatedly expressed that its motivation for targeting Ms. Kiswani is based on racial, religious, and ethnic animus. Ms. Kiswani was pregnant as the conspiracy unfolded.

4.     The Ku Klux Klan Enforcement Act of 1871 (the "Act") provides a private cause of action against non-state actors when "two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws." 42 U.S.C. § 1985(3).

5.     Conspiracies involving only private actors are actionable under §§ 1985(3) and 1986 when they are aimed at a privately enforceable predicate right, *United Brotherhood of Carpenters and Joiners of America v. Scott*, 463 U.S. 825, 833-34 (1983), and motivated by "some racial, or perhaps otherwise class-based, invidiously discriminatory animus." *Griffin v. Breckenridge*, 403 U.S. 88, 102 (1971).

6.     Defendants have conspired to deprive Ms. Kiswani of the equal protection of the Thirteenth Amendment by subjecting her to a coordinated and sustained campaign of racial violence, and interference with her rights to use public accommodations to intrastate travel.

7.     Defendants have openly engaged in this conspiracy because of Ms. Kiswani's Palestinian nationality, Arab ethnicity, and Muslim faith. Conspiracies motivated by membership in each of these classes are actionable under § 1985(3).

## JURISDICTION & VENUE

8.      This action arises under 8 U.S.C. §§ 1985 and 1986, the Anti-Ku Klux Klan Enforcement Act of 1871.

9.      This Court has subject-matter jurisdiction pursuant to 28 U.S.C. § 1331 (federal question).

10.     Venue is proper in this District pursuant to 28 U.S.C. § 1391 because Plaintiff Ms. Kiswani resides in Kings County, New York, and Defendant Betar USA is incorporated in Westchester County, New York, and claims to have an office in Manhattan County, New York. Additionally, a substantial amount of Defendants' unlawful conduct took place in this District.

## PARTIES

11.     **Plaintiff Nerdeen Mohsen, a.k.a. Nerdeen Kiswani** is a U.S. citizen and Palestinian who was born in Jordan. In 1996 when Ms. Kiswani was one year old, she came to the U.S. as refugees with her mother. In 2015, Ms. Kiswani founded "Within Our Lifetime," a political organization based in New York City that organizes demonstrations, boycotts, and pressure campaigns against Israel and its occupation of Palestine.

12.     **Defendant Betar Zionist Organization, Inc.** is a registered non-profit incorporated under 26 U.S.C. § 501(c)(3). The organization's 2024 Form 990-N includes an Employer Identification Number of 99-3287943 and a mailing address in Katonah, New York.

13.     **Defendant Ronn Torossian** is a leader of Betar USA and chairman of the New York City-based public relations firm, 5W Public Relations.

14.     **Defendant Ross Glick** was the Executive Director of Betar USA and lives in New York.

15.    **Defendant Yoni Kletzel** is Betar USA's social media director and lives in New York. Upon information and belief, he manages Betar USA's social media accounts.

16.    **Defendant Jon I. Mantell** is Betar USA's CEO and lives in New Jersey.

17.    **Defendants John Does Betar Board Members 1-10** are members of the Board of Directors of Betar USA. As board members of a 501(c)(3) non-profit organization, they are responsible for overseeing Betar USA's leadership, strategic direction, and compliance with law.

## STATEMENT OF FACTS

I.    **Betar USA's Purpose**

18.    Betar USA is the U.S. chapter of an international, far-right organization, Betar, founded by Ze'ev Jabotinsky. Jabotinsky formed the World Union of Zionist Revisionists in 1925 "and the youth movement Betar" and in subsequent years he would "take over the leadership of the dissident military organization, the Irgun."[1]

19.    Revisionist Zionism was based on the idea that the Zionist project required the physical suppression and political subjugation of the Arab residents of Palestine. Israeli historian Avi Shlaim explains that "in a nutshell . . . Jabotinsky's policy regarding the Arab question [was]: to erect an iron wall of Jewish military force."[2] The historian Rashid Khalidi describes Jabotinsky as one who "argued explicitly and publicly from the beginning that overwhelming force would be necessary to impose the Zionist program of making Palestine a Jewish state[.]"[3]

20.    Betar USA describes Betar as "an incubator for the development of right-wing Zionist ideas[.]"[4] Betar USA's website states that "Betar eventually joined with Irgun, sharing

---

[1] Avi Shlaim, *The Iron Wall: Israel and the Arab World* 11 (W.W. Norton & Co. 2014).

[2] *Id*. at 14.

[3] *Id*. at 187.

[4] Betar USA, *Our History*, https://betarus.org/about/history/ (last visited Feb. 10, 2026).

leadership and cadres."[5] Irgun was "an illegal, paramilitary society in Palestine, composed of fanatical Zionists who desire[d] to convert Palestine and Transjordan into an independent Jewish State and who advocate[d] the use of force both against the Arabs and the British to achieve this maximal political goal."[6] Betar USA's website boasts that Betar and Irgun conducted "a revolt against the British in 1944" and engaged in "fighting against the Palestinians in 1947–8."[7]

21.    Betar USA's website's "Ideology" section features a header reading, "Conclusion: Jews Fight Back."[8] It includes an "oath" with the statement: "Betar believes in Jewish self-defense. We do not wait to be saved. We prepare. We train. We act. Every Betari understands the role of strength and the necessity of readiness."[9] Through this "training", Betar USA "aim[s]" "to form a 'normal,' 'healthy' Jew."[10]

22.    Betar USA makes clear that its vision for "Jewish self-defense" requires the repression, if not eradication, of the Palestinian people. Betar USA is vocal about its animus against Palestinians, Arabs, and Muslims, routinely making racist and disparaging posts online referring to them as "Mohammads,"[11] calling Gazans "a problem for the whole world," predicting the ethnic cleansing of Gaza and decrying the presence of Gazans in the United States,[12] and demanding "more blood" from the people of Gaza.[13]

---

[5] Betar USA, *supra* note 4.
[6] Cen. Int. Agency, Office of Strategic Services, *The Objectives and Activities of the Irgun Zvai Leumi*, at 3 (Oct. 23, 1944), https://www.cia.gov/readingroom/docs/DOC_0001225544.pdf.
[7] Betar USA, *Supra* note 4.
[8] Betar USA, *Ideology*, https://betarus.org/about/ideology/ (last visited Feb. 10, 2026)..
[9] *Id.*
[10] *Id.*
[11] Exhs. 1-7.
[12] Exh. 8.
[13] Exh. 9.

23.     In June 2025, Drop Site News published logs from a WhatsApp group chat that included self-identified Betar USA members.[14] In the chat, Muslims are referred to as "goatfukkers" and D'Anna Andrea Morgan, who identifies herself as a New York Police Department cadet, replies: "Hit them when their not expecting."[15] Chat members are encouraged to "blind" Muslims, burn the Quran, and "burn their eyes out."[16]

## II.     Betar USA's Recent Activity

### A.  Incitement Against Pro-Palestine Activists

24.      Betar USA is undertaking a new wave of activity in the United States, including in New York City. For instance, on October 8, 2024, Betar USA's official social media accounts threatened to disrupt a vigil planned by New York University students for the victims of violence perpetrated by the government of Israel against the residents of Gaza.

25.     One Instagram post warned the students, "We will be joining you," and threatened students gathered in NYU's Bobst Library by saying "We Waiting!" followed by a photo of a pile of pagers and the message "Free Pagers for all NYU SJP [Students for Justice in Palestine] Members,"[17] a reference to Israel's utilization of pagers as incendiary devices to kill dozens in Lebanon in September 2024.[18]

---

[14] Murtaza Hussain & Talia Jane, *Leaked Chats Show Pro-Israel Extremist Group Betar Organizing Street Confrontations*, Drop Site News (June 29, 2025), https://www.dropsitenews.com/p/betar-protests-zionism-fascism-palestine.
[15] *Id.* All typos in this and subsequent quotations are in the originals.
[16] *Id.*
[17] Press Release, NYU FSJP, *Pro-Palestinian NYU Students Threatened by Zionist Group Betar* (Oct. 14, 2024), https://facultyforpalestine.education/2024/10/14/oct-14-press-release-pro-palestinian-nyu-students-threatened-by-zionist-group-betar/.
[18] *See* Bassem Mroue & Sarah El Deeb, *Survivors of Israel's pager attack on Hezbollah last year struggle to recover*, PBS News (Aug. 6, 2025), https://www.pbs.org/newshour/world/survivors-of-israels-pager-attack-on-hezbollah-last-year-struggle-to-recover.

26.     Betar USA's threats prompted the university administration to issue a statement, declaring, "The University condemns the recent threatening social media posts by an account associated with Betar USA—which is not a recognized NYU organization—directed at members of the NYU community. We also condemn the acts of violence and vandalism apparently conducted previously by Betar at the Institute for the Study of the Ancient World (ISAW)."[19]

27.     Betar USA's threats became more explicit after the inauguration of Donald Trump on January 20, 2025. On January 25, 2025, Betar USA tweeted "We won't allow encampments in america 2025" above an image that read, "There is no campus the long arm of Betar can't reach. #JewsFightBack."[20]

28.     In February 2025, Betar USA threatened individuals attending a pro-Palestinian demonstration scheduled for February 18 in Brooklyn. On February 16, 2025, Betar USA's Twitter/X account posted an image that read "As they say, by any means necessary. #JewsFightBack" featuring a man holding a baseball bat.[21] On the morning of February 18, Betar USA's Twitter/X account announced, "Hamas US is coming to attack Brooklyn!!! We urge everyone to bring dogs, borrow a pit bull. Feel free to mask up and wear a helmet."[22] Later that day, Betar USA again threatened physical violence against the demonstrators, tweeting, "We cannot guarantee safe passage at this time we recommend helmets."[23]

---

[19] New York University, Statement by NYU Spokesperson John Beckman, NYU, https://www.nyu.edu/about/news-publications/news/2024/october/statement-by-nyu-spokesperson-john-beckman.html.
[20] Exh. 10.
[21] Exh. 11.
[22] Exh. 12.
[23] Exh. 13.

29.     Violence did, indeed, take place at the Brooklyn demonstration. Betar USA's official Twitter/X account re-tweeted a video of the violence, including one video labeled "Palestinian animals," adding its own text: "Attacked Palestinians with dogs? Betar? 😂 😂"[24]

30.     On February 19, 2025, Betar USA's official Twitter/X account referenced an apparent physical altercation at a pro-Palestinian protest at the University of California, Los Angeles, appealing to supporters to join the fight: "We have encounters now at ucla come join us. We are present and loud and proud. Bring dogs to ucla now."

B.   "Deport List"

31.     In or around late 2024 or early 2025, Betar USA began to provide individuals within the Trump administration or the administration's transition team with a list of individuals who had participated in demonstrations in support of the people of Palestine. Betar USA spokesperson Daniel Levy told CNN in March 2025, "We submitted the names of hundreds of protesters and activists to the Trump administration/DHS urging ICE to deport them under the executive orders."[25]

32.     In or around March or April 2025, Ross Glick, then-Executive Director of Betar USA, told CNN, "Our research, our information, the massive amount of video and photos that we have gathered – we create our dossiers and our reports. We hand them over, we make recommendations."[26]

---

[24] Exh. 14.

[25] Andy Rose, *Cornell Student Protester Told to Surrender to ICE as He Asks Judge to Block Deportation*, CNN (Mar. 21, 2025), https://edition.cnn.com/2025/03/21/us/momodou-taal-cornell-student-deportation/index.html.

[26] Gloria Pazmino & Sabrina Souza, *A pro-Israel group says it gave US list of protesters to deport, drawing alarm from students' supporters*, CNN (Apr. 2, 2025), https://edition.cnn.com/2025/04/02/us/israel-protesters-us-students-deport/index.html.

33.     On March 29, 2025, the *Harvard Crimson* reported that Betar USA took credit for pasting stickers on Harvard University's campus threatening pro-Palestinian non-citizens with deportation. "Don't be Mahmood Khalil. Be a racist if you want, just keep it to yourself #JFB (Jews fight back)," read one sticker, while another said, "I am a green card holder who loves America. I will never be deported. Are You?"[27]

34.     According to the *Harvard Crimson*, a Betar USA spokesperson wrote in response, "Great stickers, no? We will continue to take action against jihadis at Harvard and worldwide."[28]

35.     Harvard Law School administrators emailed the law school student body to indicate that the stickers "were posted in violation of campus policies" and "appear to be aimed at causing distress and fear among members of our community, many of whom are already feeling deeply vulnerable."[29]

36.     On or about April 8, 2025, Betar USA published a statement on its official Twitter/X account calling for the deportation of Turkish citizen and visa-holder Efe Ercelik.[30] On April 14, 2025, the U.S. State Department revoked Mr. Ercelik's visa and he was detained. On May 9, 2025, the District Court for the District of Massachusetts ordered Mr. Ercelik released from detention. *Ercelik v. Hyde*, No. 25-cv-11007, 2025 WL 1361543, at *10-12 (D. Mass. May 8, 2025). The order noted that the Trump administration's "pursuit of detention seems to have been almost exclusively triggered by Betar Worldwide." *Id.* at 12.

---

[27] Caroline G. Hennigan & Bradford D. Kimball, *HLS Admin Removes, Condemns Stickers Threatening Deportation of Pro-Palestine Student Activists*, The Harvard Crimson (Mar. 28, 2025), https://www.thecrimson.com/article/2025/3/28/hls-posters-removed-email/.
[28] *Id.*
[29] *Id.*
[30] Exh. 16.

37.    On July 9, 2025, the Assistant Director for the Office of Intelligence of ICE's Homeland Security Investigations component, Peter Hatch, testified that his office has relied on Betar USA's "deportation list" to select individuals for arrest, detention, and removal. Vol. 2 Tr., at 118, *AAUP v. Rubio*, No. 25-cv-10685 (D. Mass. July 9, 2025).

*C.  New York Attorney General Settlement*

38.    On January 13, 2026, the Office of the Attorney General of the State of New York ("OAG") made public the results of an investigation into Betar USA's activities in this district. The OAG report contains factual findings noting that Betar has "described its mission as to '[g]et Jews armed'" and "attend and disrupt pro-Palestinian protests."[31]

39.    The report notes that Betar has "demonstrat[ed] animus motivating its harassment and violence," including by posting "demeaning content about Palestinians and Gazans. For example, Betar retweeted a list of Palestinian babies killed in the conflict with Israel adding that it was 'not enough' and 'we demand blood in Gaza.' Betar explicitly posted on social media that it 'hate[s] Gazans.'"[32] The report further notes that "Betar has described its members as 'cruel' and 'aggressive.' In a direct message on social media, Betar explained that it does not view violence as a 'bad thing,' because 'we are at war. Violence is needed.'"[33]

40.    The investigation further concludes that "Betar's violence and harassment are motivated by the anti-Palestinian, anti-Arab and anti-Muslim sentiment expressed by its leadership and members. For example, Betar members repeatedly referred to keffiyeh's as 'rape rags' in public and private. Keffiyehs are a traditional middle eastern headscarf that have become identified

---

[31] Assurance of Discontinuance, Assurance No. 25-074, Investigation by Letitia James, Attorney General of the State of New York, of Betar Zionist Organization, Inc. (Jan. 12, 2026), at 2.
[32] *Id.*
[33] *Id.*

with Palestinian identity."[34] The investigation concludes that in January 2025, Betar members "harassed and tried to force beepers on multiple students all wearing a hijab or keffiyeh at the New School, a university in New York City."[35] The report also concludes that in February 2025, "Betar members attacked protesters and at least one activist was stabbed. Betar posted on social media that its members perpetrated violence, writing 'Indeed [protesters] were beaten. Don't come to Brooklyn.' And Betar members privately celebrated the '[m]any injured jihadis in Brooklyn.' They bragged to one another on Whatsapp that 'Betar kicked terrorist ass in boro par' and got 'punshes in' at the protest."[36]

41.     Furthermore, the OAG investigation concludes that "In one instance of physical violence, a member of Betar's national leadership team physically struck a woman at a protest wearing a keffiyeh. Betar celebrated this interaction by posting a video of it on social media."[37]

42.     The OAG report concludes that Betar violated New York Civil Rights Law §79-n "by physically assaulting individuals based in substantial part because of a belief or perception regarding the individuals' statuses as Muslim, Arab, Palestinian, or Jewish."[38] The report also concluded that Betar violated the same law "by intentionally following individuals in public places and placing them in reasonable fear of physical injury based in substantial part" of religious and ethnic animus, and that they engaged in "stealing and burning the property of another" based on the same reasons.[39]

---

[34] *Id.*
[35] *Id.* at 3.
[36] *Id.* at 4-5.
[37] *Id*. at 5.
[38] *Id.* at 6.
[39] *Id.*

### III.    Betar USA's Conspiracy Against Ms. Kiswani

43.    Betar USA has fixated on Ms. Kiswani, calling her a "VIP in NYC," a "domestic terrorist," and threatening her status as a naturalized citizen.[40]

44.    Betar USA has posted, *inter alia*, racist diatribes, violent threats, inciting bounty offers, and ominous promises of denaturalization targeting Ms. Kiswani on its social media on an almost weekly basis since the beginning of 2025. In this time period, individuals conspiring with Betar USA have made these threats a reality, stalking, assaulting, and otherwise terrorizing Ms. Kiswani, usually explicitly based on her Palestinian and/or Muslim identity, in order to drive her from public places at which she has a constitutional right to be. At every turn, Betar USA has taken credit for these incidents, bragged about their impact on Ms. Kiswani, and offered cash to people who join its conspiracy against her.

### A.    *"That Jihadi": Animus Against Ms. Kiswani's Palestinian and Muslim Identities*

45.    Betar USA has repeatedly associated its campaign against Ms. Kiswani with animus directed against persons of Palestinian and Arab descent and practitioners of the Muslim faith. Betar USA's fixation on Ms. Kiswani is driven by its view that, due to her race, ethnicity and faith, she is not entitled to the rights of citizenship, going so far as to actively push for her denaturalization.

46.    Ms. Kiswani's organization, Within Our Lifetime, had planned a public demonstration at New York University on January 6, 2025. On January 5, Betar USA posted an image of a bear draped in an Israeli flag smashing the Within Our Lifetime logo with a baseball bat with the text: "We got it we coming!"[41] That same day, Betar USA posted from its official

---

[40] Exh. 17.
[41] Exh. 18.

Twitter/X account a reply to Ms. Kiswani featuring a photo of an individual holding a baseball bat with the text: "Bear Jews from a movie. Inglorious bastard. Your rally doesn't have permits and you won't block hospitals with impunity. We will remove masks and ensure we have pictures to deport all you jihadis."[42]

47.     On January 10, 2025, Betar USA tweeted from its official account that "@NerdeenKiswani ran away from us. We wanted to show her why we are like this and hander her a 🪧 . We have one to this to Mohammad with the Hamas headband instead. We will hound these terrorists and have prepared names of people to deport. Enough of jihadis. We will submit many of your names to @PamBondi @Kash_Patel @tedcruz @TulsiGabbard There's a new administration coming to town. We've had enough."[43]

48.     On February 1, 2025, Betar USA's official Twitter/X account posted, "Nerdeen Kiswani fan club has been opened!!! Please post most vicious and awful things the leader of @WOLPalestine has done and said. She's obsessed with betar. Remind America who she is! Below is a typical Palestinian picture of a man and his wife."[44] This was accompanied by an image of an adult male Hamas member and a young Arab child, an evident insinuation that all Palestinian men are terrorists with child brides.

49.     On February 3, 2025, Betar USA again named Ms. Kiswani in a Tweet, stating, "We are at war America. Jews, it's not too late yet!"[45] Later that day, Betar USA tweeted that it "had multiple meetings today in Washington exactly on" denaturalizing US citizens who support Palestine. "You are number one on our list for this. And you'll be sent to Jordan."[46]

---

[42] Exh. 19.
[43] Exh. 20.
[44] Exh. 21.
[45] Exh. 22.
[46] Exh. 23.

50.     On March 9, 2025, Betar USA's official Twitter/X account posted in reply to a Tweet from Ms. Kiswani that "You, Ms. Kiswani are at the top of the list of naturalized citizens who will have their citizenship stripped from them."[47]

51.     On March 23, 2025, Betar USA tweeted a video of Ms. Kiswani from its official account with the text "@WOLPalestine is a terrorist organization," that "Many more Mahmouds will be saying bye bye from America soon" and that "@POTUS has confirmed naturalized citizens will also be deported."[48]

52.     On April 3, 2025, Betar USA's official Twitter/X account Tweeted an image of a March 31 *Middle East Eye* article entitled, "State Department dodges question on whether US citizenships may be revoked for pro-Palestine speech," with the text: "State Department says naturalized US citizens of Middle Eastern descent might have their citizenships revoked over pro-Palestine speech . . . World Betar confirms that we have provided information on naturalized citizens including terrorist @NerdeenKiswani. These jihadis who threaten American safety and yell about intifada have no place in America!"[49]

53.     On July 8, 2025, Betar USA's official Twitter/X account replied to an April 3 post by Ms. Kiswani warning about the threats to denaturalize U.S. citizens. Betar USA's post states, "We confirm this issue arose today in discussions between the Israelis and Americans"[50] and includes a link to a CNN article entitled, "Denaturalization: Law used to kick out Nazis could be used to strip citizenship from many Americans."[51]

---

[47] Exh. 24.
[48] Exh. 25.
[49] Exh. 26.
[50] Exh. 27.
[51] Ariane de Vogue, *Justice Department Considers Revoking Citizenship of Naturalized Americans*, CNN (July 4, 2025), https://amp.cnn.com/cnn/2025/07/04/politics/justice-department-trump-denaturalization.

B.  *"Hand Her a Beeper": Threats and Solicitation of Violence Against Ms. Kiswani*

54.     On September 17 and 18, 2024, Israeli intelligence carried out an operation whereby pagers and other handheld electronic devices exploded throughout Lebanon, killing dozens and injuring thousands more.[52] Defendants soon began to threaten Ms. Kiswani by appealing to the public to give her a pager, intimating that they were prepared to kill or harm her, or at the very minimum to cause her to fear for her life.

55.     On January 15, 2025, Betar USA posted an appeal to disrupt a pro-Palestine rally, as well as an offer of a bounty to assault Ms. Kiswani to its official Twitter/X account: "Join the free Palestine crew, betar and @NerdeenKiswani in Times Square tomorrow. We will be the ones with the beepers. We offer 1000 to anyone who hands @NerdeenKiswani a beeper tomorrow. We have them for distribution."[53]

56.     On January 17, 2025, Betar USA posted from its official Twitter/X account an appeal for supporters to assault individuals attending a pro-Palestinian protest. The post reads, "Bear Jews in nyc join us against these Hxmas supporters as we hand out beepers to these scum terrorists. Offering cash reward for anyone who hands a beeper to @NerdeenKiswani."[54]

57.     On January 28, 2025, Betar USA's official Twitter/X account posted, "We trying to give 📟 📟 to nerdeen. Maybe with some deportation papers in the future." In the video, an unidentified man working with Betar USA ("Coconspirator A") approaches Ms. Kiswani and shouts: "You're afraid of me . . .. You want intifada? We're going to bring you intifada."[55]

---

[52] David Gritten, *Dozens of Hezbollah Members Reportedly Injured by Exploding Pagers*, BBC News (Sept. 17, 2024), https://www.bbc.com/news/articles/cd7xnelvpepo.
[53] Exh. 28.
[54] Exh. 29.
[55] Exh. 30.

58.     On January 30, 2025, Betar USA announced on its official Twitter/X page: "@NerdeenKiswani you have terrorized america and new york for Much too lon. We have had enough and we will not stop. You hate America you hate Jews and we are here and won't be silent. 1800 dollars to anyone who hands that jihadi a beeper."[56]

59.     On February 2, 2025, Betar USA tweeted from its official account, "Today we handed @normfinkelstein a beeper. He can confirm. We will hand one to Nerdeen Kiswani. Who else should we give a beeper?"[57]

60.     On February 5, 2025, Betar USA's official Twitter/X account posted that it planned to intervene at a pro-Palestinian demonstration at which Ms. Kiswani planned to be present. The tweet read, "Join Nerdeen Kiswani and betar tonite as we represent @ICEgov and film faces which can't be hidden anymore . . .."[58]

61.     On February 7, 2025, Betar USA's official Twitter/X account tweeted at Ms. Kiswani that she and several others had "all condemned Betar in the last few days and Iran TV calls us the most hated Zionists in America. We are Jabotinsky's Betar, a historic 100 year old Zionist movement. Stand with us loud and proud Jews! They aren't used to Jews who fight back!"[59] This was accompanied by an AI-generated image of a bear wearing a "Betar US" shirt holding a baseball bat.

62.     On March 22, 2025, Betar USA's official Twitter/X account reiterated that it would give a substantial financial reward to individuals who would assault Ms. Kiswani: "Betar confirms we will give 1800 dollars to anyone who hands @NerdeenKiswani a beeper."[60]

---

[56] Exh. 31.
[57] Exh. 32.
[58] Exh. 33.
[59] Exh. 34.
[60] Exh. 35.

63.     On March 23, 2025, Betar USA tweeted from its official Twitter/X account: "Betar is the favorite Zionist organization of @Nerdeenkiswani Donate generously to Betar today in honor of Nerdeen. All funds will go towards Zionism! Donations of 500 dollars or more we send you a free beeper!"[61] It also tweeted vis-à-vis the reward that "our officer stands."[62]

64.     On April 8, 2025, Betar USA's official Twitter/X account posted a video of anti-Palestinian onlookers throwing feces at Ms. Kiswani during a pro-Palestinian demonstration in New York City, adding the encouraging comment: "Nerdeen Kiswani had shit thrown on her today. What do we say to those throwing shit on these dangerous people?"[63]

65.     In the comments section underneath its post, Betar USA's Twitter/X account posted fund appeal links beneath individuals indicating support for the assault against Ms. Kiswani.[64]

66.     On April 9, Betar USA tweeted: "If you support dog shit being thrown on @NerdeenKiswani who hates Jews and America then vote for Zoa [Zionist Organization of America—Likud] coalition at vote for israel.com."[65]

67.     On May 17, 2025, Betar USA's official Twitter/X account posted a photograph thanking New York City Councilwoman Inna Vernikov for carrying a gun to a pro-Palestinian protest and displaying it to demonstrators. The post calls Councilwoman Vernikov a "strong Zionist," notes that she brought weapons to a protest "from conviction" and specifies that "Nerdeen Kiswani hates her."[66]

---

[61] Exh. 36.
[62] *Id.*
[63] Exh. 37.
[64] Exh. 38.
[65] Exh. 39.
[66] Exh. 40.

68.     The same day, Betar USA's Twitter/X account posted that "Nerdeen Kiswani doesn't like Betar" and that "we think those who support Hamas like you have no place in America. Our American division and Gaza division work together to coordinate activities against jihadis."[67]

C.   *"She Ran Away from Us": Intimidation and Harassment of Ms. Kiswani*

69.     Defendants have engaged in a months-long campaign to threaten and physically intimidate Ms. Kiswani.

70.     On or about September 26, 2024, individuals affiliated with Betar USA accosted Ms. Kiswani and her husband on the street as they walked toward a public demonstration at Pershing Square in New York City. Two men ("Coconspirators B and C") approached Ms. Kiswani and her husband, came within several feet of them, began filming them and behaving in a threatening manner. On November 23, 2024, Betar USA posted a video of the September 26 incident on its official Twitter/X account, stating "@NerdeenKiswani doesn't seem to like being followed. Does she belong in America?"[68] Coconspirator B is heard in the video encouraging Ms. Kiswani and her husband to "touch me, do it, just touch me." The encounter caused Ms. Kiswani significant distress and made her fear for her safety.

71.     On or about January 6, 2025, Joseph Borgen ("Coconspirator Borgen"), an individual affiliated with Betar USA, attempted to hand Ms. Kiswani a pager while draped in the Israeli flag. Betar USA's official Twitter/X account posted video of the incident identifying Borgen: "Joey Borgen is a bear Jew who was attacked by jihadis led by Nerdeen Kiswani. He continues to try and hand Nerdeen a beeper and won't be stopped. 💪 ✡ ILUS."[69] In a separate

---

[67] Exh. 41.
[68] Exh. 42.
[69] Exh. 44.

18

video taken this same day, Defendant Ross Glick is shouting: "Hey Nerdeen, we see you, we see you, you can't hide! Nerdeen you can't hide! We've got our eyes on you, Nerdeen!"[70]

72.    On or about January 18, 2025, Betar USA members did harass and threaten Ms. Kiswani at a pro-Palestinian demonstration held in a public location outside Rockefeller Center in New York City. Defendant Glick and an unidentified male ("Coconspirator D") approached her and began shouting at her, forcing her to retreat behind a column of a building—a semi-enclosed location from which she could not easily escape. Ms. Kiswani's friends were forced to come to her defense by physically shielding her from the men. Ms. Kiswani, visibly pregnant, was concerned and terrified that Betar USA's coconspirators were going to physically attack her.

73.    That same day (January 18), Betar USA acknowledged on its official Twitter/X account that "Today, a Betari bear Jew confronted @NerdeenKiswani of Within our Lifetime . . . They threaten, they terrorize WE HAVE HAD ENOUGH . . . #JEWSFIGHTBACK #ZIONISTS #TOUGHJEWS."[71] In the video, Defendant Glick twice tells Ms. Kiswani, "You're afraid of me" and repeatedly says, "we're going to bring you intifada."

## CAUSES OF ACTION

### Count I: Conspiracy to Interfere with Civil Rights
*42 U.S.C. § 1985(3)*
(Against All Defendants)

74.    Plaintiff realleges and incorporates by reference the allegations set forth in each of the preceding paragraphs of this Complaint.

75.    For the past year, Defendants have been engaged in a conspiracy to prevent Ms. Kiswani from exercising her civil rights in violation of § 1985(3). The Act provides a civil cause

---

[70] Exh. 45.
[71] Exh. 43.

of action when "two or more persons" conspire "for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws." 42 U.S.C. § 1985(3).

76.    The Act is enforceable against private actors where the predicate right would have been enforceable against a private actor.

77.    A civil conspiracy exists where there is "(1) an agreement between two or more parties; (2) an overt act in furtherance of the agreement; (3) the parties' intentional participation in the furtherance of a plan or purpose; and (4) resulting damage or injury." *Gym Door Repairs, Inc. v. Young Equipment Sales, Inc.*, 331 F. Supp. 3d. 221, 245-46 (S.D.N.Y. 2018) (internal quotation marks and citation omitted).

78.    Defendants conspired among each other and with Coconspirators A-D and Borgen to harass and threaten Ms. Kiswani, on the basis of her race, nationality, and religion in order to deprive her of her rights to free from racial violence, to access public accommodations, and to intrastate travel. At the direction of and in cooperation with Defendants, the coconspirators followed Ms. Kiswani on multiple occasions, subjected her to racist harassment and intimidation, and attempted to hand her a beeper provided by Defendant Betar USA. As a result, Ms. Kiswani experienced severe emotional distress and was forced to forego public activities and otherwise adjust her behavior in fear her safety and that of her family and then-unborn child.

79.    Defendants conspired among each other and with Coconspirators A-D and Borgen to deprive Ms. Kiswani of her Thirteenth Amendment right to be free from violence, threats of violence, and intimidation motivated by race, nationality and religion, or a combination of these motivations. Conspiracies by private parties are actionable under the KKK Enforcement Act of

1871 where they are "aimed at depriving the plaintiffs of the rights protected by the Thirteenth Amendment." *Scott*, 463 U.S. at 832-33.

80.     Individuals possess a privately enforceable Thirteenth Amendment right to be free from racially motivated violence, threats of violence, and intimidation because these are "badges and incidents of slavery."

81.     Betar USA has repeatedly threatened to use violence against Ms. Kiswani and has expressed its animus-based motives in clear terms, referencing her Palestinian, Arab, and Muslim identities, often using slurs and stereotypical images. The Office of the Attorney General of the State of New York has determined that Betar USA has engaged in acts of harassment, violence and intimidation against individuals similarly situated to Ms. Kiswani based on such animus.

82.     Defendants privately and publicly agreed to track Ms. Kiswani's whereabouts, follow her, and threaten, intimidate, and attempt to assault her. A key element of its harassment campaign was to hand Ms. Kiswani a beeper, impliedly an incendiary device. Betar USA has publicly stated that it possesses and provides beepers to those willing to further its plan against Ms. Kiswani. Several individual coconspirators, including Borgen, upon information and belief, obtained these beepers from Betar USA to give to Ms. Kiswani for the purpose of intimidating and threatening her.

83.     Between January and April 2025, Betar USA used its social media to encourage harassment and intimidation of Ms. Kiswani at least 13 times, including at least 4 explicit offers of a cash reward to anyone who delivered Ms. Kiswani a beeper.

84.     On at least three occasions, in September 2024 and twice in January 2025, individuals affiliated with Betar USA accosted Ms. Kiswani, including as she was simply walking down a public road. Each time, these coconspirators came within feet of Ms. Kiswani, yelling

threats and otherwise harassing her. Betar USA took credit for instigating each incident on its social media pages afterwards.

85.    Defendants have also conspired among each other and with the Coconspirators to interfere with Ms. Kiswani's privately enforceable right to use public accommodations.

86.    Ms. Kiswani has been restricted from using public sidewalk and public forum space as a result of Betar USA's conspiracy to intimidate, harass, and even assault her. On multiple occasions, Betar USA's coconspirators have targeted Ms. Kiswani at protests held in public spaces, including at Pershing Square on September 26, 2024, and Rockefeller Plaza on January 18, 2025. Betar USA has threatened Ms. Kiswani in the days before pro-Palestinian protests, including on January 5, 2025, when it said "we coming" to disrupt a demonstration, as well as on January 15, 2025, and February 5, 2025, when specific threats were made against Ms. Kiswani and her physical attendance at protests held in public. Defendants also informed her that she "can't hide" from them.

87.    Defendants have also conspired among each other and with the Coconspirators to interfere with Ms. Kiswani's privately enforceable right to intrastate travel within New York.

88.    Betar USA tracks Ms. Kiswani's whereabouts. Using this information, Betar USA's coconspirators have followed Ms. Kiswani down public roads, cornering her to yell threats and other harassment, and otherwise made transit impossible. Ms. Kiswani has been forced to cancel or alter travel plans as a result of Betar USA's threats and attempts to intimidate, harass, and assault her.

89.    Defendants' conspiracy against Ms. Kiswani is motivated by "some racial, or perhaps otherwise class-based, invidiously discriminatory animus." *Griffin*, 403 U.S. at 102. Here, its dangerous fixation with Ms. Kiswani is motivated by her Palestinian nationality, Arab ethnicity, and her Muslim faith.

90.    In many instances, the demarcation between racial and religious discrimination is difficult or impossible to mark, but this does not undermine Ms. Kiswani's § 1985(3) claim where it is based at least in part on her religion and ethnicity.

91.    Betar USA's motivation is clear from its public statements about Ms. Kiswani. Most such statements refer to her as a "jihadi," "terrorist," or other slur or stereotype associated with Palestinians, Arabs, and Muslims. Indeed, Betar USA's stated mission is to drive Palestinians like Ms. Kiswani and their supporters from public life or from the country itself. When Betar USA is not posting about Ms. Kiswani, it is posting other offensive material, including appeals for more bloodshed against Palestinians in Gaza and images implying that Palestinians are terrorists and pedophiles.

92.    Ms. Kiswani has been injured by Defendants' actions. She has been forced to substantially alter her daily life in order to avoid or seek protection from Defendants' physical assaults and threats and to protect her husband and infant child. This constitutes injury under § 1985.

93.    Betar USA's actions and statements threatening Ms. Kiswani are not protected speech. True threats are not entitled to First Amendment protection.[72] *Watts v. U.S.*, 394 U.S. 705, 708 (1969). Speech amounts to a "true threat" when "an ordinary, reasonable recipient who is familiar with the context of the [communication] would interpret it as a threat of injury." *United States v. Turner*, 720 F.3d 411, 420 (2d Cir. 2013).

---

[72] Some of Betar USA's statements expressing racial, religious, political, and ethnic animosity against Palestinians, Arabs, Muslims, and Ms. Kiswani do not constitute true threats. Such statements are relied upon in the Complaint as evidence that the conspirators are motivated by animus sufficient to satisfy the *Breckenridge* test. The Court can take protected speech into consideration when determining Defendants' motive. *Wisconsin v. Mitchell*, 508 U.S. 476, 489 (1993). Plaintiff's claims do not rely on any such protected speech for any other purpose.

**Count II: Failure to Prevent Conspiracy to Interfere with Civil Rights**
*42 U.S.C. § 1986*
(Against Defendants Torossian, Glick, Kletzel, Mantel, and John Doe Board Members 1-10)

94.    Plaintiff realleges and incorporates by reference the allegations set forth in each of the preceding paragraphs of this Complaint.

95.    42 U.S.C. § 1986 makes liable any person who knows that the wrongs conspired to be done and mentioned in section 1985 are about to be committed, has the power to prevent or aid in preventing those wrongs, and yet neglects or refuses to help prevent them.

96.    For a claim under 42 U.S.C. § 1986, a plaintiff must show "(1) the defendant had actual knowledge of a § 1985 conspiracy, (2) the defendant had the power to prevent or aid in preventing the commission of a § 1985 violation, (3) the defendant neglected or refused to prevent a § 1985 conspiracy, and (4) a wrongful act was committed." *Clark v. Clabaugh*, 20 F.3d 1290, 1295 (3d. Cir. 1994).

97.    Each Defendant had knowledge that the wrongs conspired to be done, as set out in Count I, were about to be committed, and neglected or refused to prevent or aid in preventing those wrongs.

98.    Each such Defendant was in a position and had the power to prevent, or aid in preventing, the wrongs conspired to be done as asserted in Count I.

99.    Defendants Torossian, Glick, Kletzel, and Mantell occupy or occupied leading positions within Betar USA. The conspiracy against Ms. Kiswani was a highly public campaign conducted by Betar USA via social media and in person over the course of several months. Defendants Torossian, Glick, Kletzel, and Mantell were aware of the campaign against Ms. Kiswani.

100.    Defendants John Doe Board Members 1-10 also occupy or occupied leading positions within the organization and were aware of the conspiracy against Ms. Kiswani. Each had the power to prevent or aid in preventing the wrongs conspired to be done as asserted in Count I by, among other things, instructing the conspirators to cease their efforts to harass and intimidate Ms. Kiswani and violate her civil rights. Any such reasonable diligence could have prevented or aided in preventing the wrongs conspired to be done against Ms. Kiswani, and the damages she suffered as a result. These Defendants neglected to take such actions or make other reasonably diligent efforts.

101.    Plaintiff suffered injuries and damages as a direct result of the neglect and failure of each Defendant, separately and together, to prevent or aid in preventing, the wrongs conspired to be done as described in this Complaint.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that this Court grant the following relief:

i.    Award Plaintiff compensatory and punitive damages;

ii.    Declare that Defendants have violated the Ku Klux Klan Enforcement Act of 1871;

iii.    Award Plaintiff's costs and reasonable attorneys' fees in this action pursuant to 42 U.S.C. § 1988; and

iv.    Grant any other and further relief that this Court may deem fit and proper.

Dated: February 25, 2025
     New York, NY

LEE & GODSHALL-BENNETT LLP

By: _____
Eric Lee*
Mich. Bar No. P80058

25

Christopher Godshall-Bennett*
D.C. Bar No. 1780920
712 H St. NE, Unit 5019
Washington, DC 20002
Telephone: (248) 602-0936
Eric@leegodshallbennett.com
Chris@leegodshallbennett.com

*Pro hac vice applications forthcoming

and

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP


By:  _____
Daniel Kornstein
Jonathan S. Abady
1 Rockefeller Plaza, 8th Floor
New York, New York 10020
Telephone: (212) 763-5000
Facsimile: (212) 763-5001
Email: dkornstein@ecbawm.com
Email: jabady@ecbawm.com

Attorneys for Plaintiff