AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York ▼

| | |
|---|---|
| NERDEEN MOHSEN (a.k.a. NERDEEN KISWANI), | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 26-1585 |
| | ) |
| BETAR ZIONIST ORGANIZATION, INC.; RONN TOROSSIAN; ROSS GLICK; YONI KLETZEL ; JON I. MANTELL; and JOHN DOE BETAR BOARD MEMBERS 1-10 | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See attached rider.


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Daniel Kornstein
Jonathan S. Abady
1 Rockefeller Plaza, 8th Floor
New York, New York 10020
Telephone: (212) 763-5000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____          _____
                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

NERDEEN MOHSEN (a.k.a. NERDEEN KISWANI),

*Plaintiff*,

v.

BETAR ZIONIST ORGANIZATION, INC.; RONN TOROSSIAN; ROSS GLICK; YONI KLETZEL; JON I. MANTELL; and JOHN DOE BETAR BOARD MEMBERS 1-10,

*Defendants*.

Case No.

**RIDER TO REQUEST FOR ISSUANCE OF SUMMONS**

**Defendants' Names and Addresses:**

BETAR ZIONIST ORGANIZATION INC., P.O. Box 837, Katonah, NY 10536.

RON TOROSSIAN, 292 Katonah Ave Ste 837: Katonah, NY 10536; 888 7th Avenue New York City, NY 10106; 520 Park Ave Apt 18 New York NY 10065.

JONATHAN MANTELL, 604 Cumberland Ave., Teaneck, NJ 07666.

ROSS GLICK, unknown.

YONI KLETZEL, unknown.

JOHN DOE BETAR BOARD MEMBERS 1-10, unknown.