UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NERDEEN MOHSEN (a.k.a. NERDEEN KISWANI), <br><br>     *Plaintiff*, <br><br>   v. <br><br> BETAR ZIONIST ORGANIZATION, INC.; RONN TOROSSIAN; ROSS GLICK; YONI KLETZEL; JON I. MANTELL; and JOHN DOE BETAR BOARD MEMBERS 1-10, <br><br>     *Defendants*. | |

**APPENDIX OF EXHIBITS TO COMPLAINT**

Dated: February 25, 2025
  New York, NY

       LEE & GODSHALL-BENNETT LLP


       By: _____
       Eric Lee*
       Mich. Bar No. P80058
       Christopher Godshall-Bennett*
       D.C. Bar No. 1780920
       712 H St. NE, Unit 5019
       Washington, DC 20002
       Telephone: (248) 602-0936
       Email: eric@leegodshallbennett.com
       Email: chris@leegodshallbennett.com

       **Pro hac vice* applications forthcoming

        and

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP


By: _____
Daniel Kornstein
Jonathan S. Abady
1 Rockefeller Plaza, 8th Floor
New York, New York 10020
Telephone: (212) 763-5000
Facsimile: (212) 763-5001
Email: dkornstein@ecbawm.com
Email: jabady@ecbawm.com

Attorneys for Plaintiff

# CONTENTS

Exhibit 1 ................................................................................................................. 1

Exhibit 2 ................................................................................................................. 3

Exhibit 3 ................................................................................................................. 5

Exhibit 4 ................................................................................................................. 7

Exhibit 5 ................................................................................................................. 9

Exhibit 6 ................................................................................................................. 11

Exhibit 7 ................................................................................................................. 13

Exhibit 8 ................................................................................................................. 15

Exhibit 9 ................................................................................................................. 17

Exhibit 10 ............................................................................................................... 19

Exhibit 11 ............................................................................................................... 21

Exhibit 12 ............................................................................................................... 23

Exhibit 13 ............................................................................................................... 25

Exhibit 14 ............................................................................................................... 27

Exhibit 15 ............................................................................................................... 29

Exhibit 16 ............................................................................................................... 31

Exhibit 17 ............................................................................................................... 33

Exhibit 18 ............................................................................................................... 35

Exhibit 19 ............................................................................................................... 37

Exhibit 20 ............................................................................................................... 39

Exhibit 21 ............................................................................................................... 41

Exhibit 22 ............................................................................................................... 43

Exhibit 23 ............................................................................................................... 45

Exhibit 24 ............................................................................................................... 47

Exhibit 25 .................................................................................................................. 49

Exhibit 26 .................................................................................................................. 51

Exhibit 27 .................................................................................................................. 53

Exhibit 28 .................................................................................................................. 55

Exhibit 29 .................................................................................................................. 57

Exhibit 30 .................................................................................................................. 59

Exhibit 31 .................................................................................................................. 61

Exhibit 32 .................................................................................................................. 63

Exhibit 33 .................................................................................................................. 65

Exhibit 34 .................................................................................................................. 67

Exhibit 35 .................................................................................................................. 69

Exhibit 36 .................................................................................................................. 71

Exhibit 37 .................................................................................................................. 73

Exhibit 38 .................................................................................................................. 75

Exhibit 39 .................................................................................................................. 77

Exhibit 40 .................................................................................................................. 79

Exhibit 41 .................................................................................................................. 81

Exhibit 42 .................................................................................................................. 83

Exhibit 43 .................................................................................................................. 85

Exhibit 44 .................................................................................................................. 87

# Exhibit 1

 **Betar Worldwide** ✔
@Betar_USA

**Subscribe**  ⊘  ···

Presidential level excitement for the next Mayor of NYC. The new New York has Mohammad and Muhammad as key voters and the ADL Jews of NYC supporting Zohran at least 40 percent.



0:05 / 0:07

6:16 AM · Aug 18, 2025 · **1,013** Views

# Exhibit 2

 **Betar Worldwide** ✔
@Betar_USA



There is a price for war. Gaza is unliveable and we urge France and Spain and the UK and all the lovers of Mohammad to open your doors! Bring Palestine to your homes. Gaza is unliveable, you say they are starving. They want to leave.
😍🤣🇮🇱✡️😍



6:35 PM · Aug 19, 2025 · **1,451** Views

4

# Exhibit 3

 **Betar Worldwide** ✔
@Betar_USA



We haven't offered permission on that yet, and can't guarantee them we
will provide them safe passage. They can stay in England with
Muhammad and Mohammad we don't need them here



8:48 PM · Aug 21, 2025 · **64** Views

# Exhibit 4

 **Right Angle News Network**  @Rightanglenews · Jun 1   

BREAKING - Authorities have identified Mohamad Soliman as the suspect who threw a Molotov cocktail at a pro-Israel walk in Boulder, injuring multiple people.



○ 834          ⇄ 2.7K          ♡ 7.3K          ‖ 812K          🔖  ⬆

 **Betar Worldwide** ✓          **Subscribe** 
@Betar_USA

Shocking his name is Mohammad

6:45 PM · Jun 1, 2025 · **7,263** Views

8

# Exhibit 5

 **Betar Worldwide** ✔
@Betar_USA



That's good from the fancy county clubs in Boca as your daughters get in uber with Mohammad the uber driver and send 180 dollar checks to fidf you can lecture young Israelis in the army abt how to behave

Order extra lox at the boca country club and don't worry abt Israeli rappers

In simchat torah at the king David hotel you can talk abt Aliya in 2029.

4:17 PM · Jul 20, 2025 · **61** Views

# Exhibit 6

 **Betar Worldwide** ✓
@Betar_USA



And you ain't a Zionist. We are Jabotinsky Jews and kings and queens. Mohammad is in the uber waiting for your daughter outside.

9:31 PM · Jun 17, 2025 · **62** Views

# Exhibit 7

 **Betar Worldwide** ✔
@Betar_USA



How many of your local cops are Zionists? How about your local judges? Now ask how many of your local cops are named Mohammad or want to free Palestine? The fun has just started america.

11:13 PM · Dec 11, 2024 · **777** Views

# Exhibit 8

 **Betar Worldwide** ✔
@Betar_USA



‼️ ‼️ From Seattle to San Francisco Gazans are arriving in the US. Mohammad and his family of 16 from Gaza spent July 4th weekend at Niagra Falls in NY. Many Gazans are fleeing Palestine.

It appears America too is welcoming Gazans. We urge them to flee because Gaza will be Jewish again. They are a problem for the whole world and they are in America!

These are all in last few days! ‼️ ‼️



9:06 AM · Aug 7, 2025 · **879** Views

# Exhibit 9

 **Betar Worldwide** ✔
@Betar_USA



⊘ Show translation

Months ago, Betar was condemned for saying the truth: more pressure, more blood, is the only way to defeat Hamas. If there are supposedly "good people" in Gaza, why won't the United States accept them as refugees?

The reality is clear: Gaza = Hamas.

לפני חודשים בית״ר הותקפה על כך שאמרה את האמת: רק עוד לחץ, עוד דם, יביאו לניצחון על חמאס. אם באמת יש "אנשים טובים" בעזה, מדוע ארצות הברית לא מקבלת אותם כפליטים?

המציאות ברורה: עזה = חמאס.

❤️❤️

2:10 PM · Aug 18, 2025 · **1,161** Views

# Exhibit 10



# Exhibit 11



# Exhibit 12



# Exhibit 13



# Exhibit 14



# Exhibit 15



# Exhibit 16



# Exhibit 17



# Exhibit 18



# Exhibit 19



# Exhibit 20



# Exhibit 21



# Exhibit 22

 **Betar Worldwide** ✔
@Betar_USA

Subscribe  Ø  ⋯

This is the "media" doing "reporting" with their "concerns" for Nerdeen Kiswani. Is just amazing in 2025 that these jihad terrorist supporters who have terrorized Jews in America and caused Billions in damages continue this. We are at war, America. Jews, it's not too late yet!

## Media request(on deadline)//The Intercept: Betar's list and Trump's executive order

Hello Betar U.S. leadership,

My name is Jonah Valdez, a reporter with The Intercept. We are reporting on President Trump's recent executive order signed last week meant to "combat antisemitism." As a part of our reporting, we are including Betar U.S.' efforts to aid the Trump administration by compiling a list of individuals to have their visas revoked and attending protests to identify protesters. I'm hoping to find out the following:

--How many individuals are on the lists that you have provided to the Trump administration?

--Has Betar received any response from the Trump

deeper attack in Lebanon that killed and injured thousands, including civilians. Does Betar wish to address such accusations?

--Betar has also offered to pay people $1,800 for anyone who hands a beeper to activist Nerdeen Kiswani, which has been criticized as putting a bounty on someone and is a threat against their safety and health. Does Betar wish to address such accusations and concerns?

--Betar has re-shared various misinformation online, such as a tweet alleging a UCLA graduate student from Department of Homeland Security that such a claim is untrue. Where did this claim begin? Can Betar provide any evidence to back its claim that the student was deported?

--In a tweet, Betar shared a screenshot of an article by our publication, The Intercept, accusing us of being "jihadis masquerading as journalists." Can you please clarify your position on this -- what in our reporting does not qualify us as journalists?

--Betar claims to use facial recognition technology to identify protesters despite face-coverings? If that's the

4:56 PM · Feb 3, 2025 · **3,353** Views

# Exhibit 23



# Exhibit 24



# Exhibit 25

 **Betar Worldwide** ✔
@Betar_USA



@WOLPalestine is a terrorist organization devoted to destroying israel. Urge your followers to flee Palestine. @realDonaldTrump asked nicely the @IDF isn't asking so nicely.

As Jabotinsky said, "go to hell." Many more Mahmouds will be saying bye bye from America soon. @POTUS has confirmed naturalized citizens will also be deported.



8:38 PM · Mar 22, 2025 · **3,278** Views

# Exhibit 26



**Betar Worldwide** ✓ @Betar_USA · 30m

State Department says naturalised US citizens of Middle Eastern descent might have their citizenships revoked over pro-Palestine speech.
"I'm not going to discuss the nature of the diplomatic or strategic conversations that any department in the government's having."

World Betar confirms that we have provided information on naturalized citizens including terrorist @NerdeenKiswani. These jihadis who threaten American safety and yell about intifada have no place in america!



Live Blog Update| Israel's war on Gaza

This is an entry from: Live: More than 1,000 Palestinians killed by Israel since 18 March

## State Department dodges question on whether US citizenships may be revoked for pro-Palestine speech

31 March 2025 19:55 BST

US State Department spokesperson Tammy Bruce dodged a question at Monday's briefing about whether naturalised US citizens of Middle Eastern descent might have their citizenships revoked over pro-Palestine speech.

"I'm not going to discuss the nature of the diplomatic or strategic conversations that any department in the government's having," she told reporters.

# Exhibit 27

 **Betar Worldwide** ✔
@Betar_USA

 Subscribe

We confirm this issue arose today in discussions between the Israelis and Americans



Denaturalization: Law used to kick out Nazis could be used to strip citizenship from ma...

From amp.cnn.com

4:46 PM · Jul 8, 2025 · **30** Views

# Exhibit 28



# Exhibit 29



# Exhibit 30



# Exhibit 31



**Betar US** ✓
@Betar_USA

**Follow**

@NerdeenKiswani you have terrorized america and new york for Much too long. We have had enough and we will not stop. You hate america you hate Jews and we are here and won't be silent. 1800 dollars to anyone who hands that jihadi a beeper.

8:39 AM · 1/30/25 · View

# Exhibit 32



Today we handed @normfinkelstein a beeper. He can confirm. We will hand one to Nerdeen Kiswani. Who else should we give a beeper?

8:34 PM · Feb 2, 2025 · **7,567** Views

# Exhibit 33



# Exhibit 34



# Exhibit 35



# Exhibit 36



**Betar Worldwide** ✔
@Betar_USA

Subscribe

Betar is the favorite Zionist organization of @NerdeenKiswani

Donate generously to Betar today in honor of Nerdeen. All funds will go towards Zionism! Donations of 500 dollars or more we send you a free beeper!

betarus.org/about/donate/

---

🧑 **Nerdeen Kiswani** @NerdeenKiswani · Mar 23
Replying to @NerdeenKiswani

Update: Betar deleted the original tweet after backlash and mass reports, but they say the offer still stands—as you can see in the screenshot. They've already spread their death threat to a captive audience ready to do their bidding.

**Betar Worldwide** ✔
@Betar_USA

Follow back

We have deleted posts about beepers because they are distractions. Let's stay focused on evil jihadis who hate america and hate Jews. These violent jihadis have no place in America.

4:47 PM · 3/23/25 · **13K** Views

💬 51     ↻ 14     ♡ 182     🔖 3     ⬆️

Most relevant replies ⌄

**Betar Worldwide** ✔ @Betar_USA · 25m     ⋯
Distractions and noise.Our offers of course stand.

💬 2     ↻     ♡ 3     📊 327     🔖     ⬆️

---

11:11 PM · Mar 23, 2025 · **1,952** Views

72

# Exhibit 37

 **Betar Worldwide** ✔
@Betar_USA

**Subscribe**  Ø  ⋯

Nerdeen Kiswani had shit thrown on her today. What do we say to those throwing shit on these dangerous people?



10:07 PM · Apr 7, 2025 · **29.5K** Views

# Exhibit 38



# Exhibit 39

 **Betar Worldwide** ✔
@Betar_USA



If you support dog shit being thrown on @NerdeenKiswani who hates
Jews and america then vote for Zoa coalition at vote for israel.com
Vote slate 15 now! 2 billion dollars up for grabs ! As Netanyahu said vote
now



 **Betar Worldwide** ✔ @Betar_USA · Apr 7
Nerdeen Kiswani had shit thrown on her today. What do we say to those
throwing shit on these dangerous people?



7:56 PM · Apr 8, 2025 · **5,661** Views

78

# Exhibit 40

 **Betar Worldwide** ✔
@Betar_USA

 **Subscribe**  Ø  ...

Inna Vernikov is a strong Zionist the only one we know of in NYC politics.
She does this from conviction and we know her many years. Nerdeen
Kiswani hates her.  Inna supports gun rights and is a loud pro Trumper!
Thank you @InnaVernikov



3:14 PM · May 17, 2025 · **15.4K** Views

# Exhibit 41

 **Betar Worldwide** ✔
@Betar_USA

Subscribe   ⊘   ···

Nerdeen Kiswani doesn't like Betar. Yes we think those who support Hamas like you have no place in America. Our American division and Gaza division work together to coordinate activities against jihadis. ⬛

 **Nerdeen Kiswani** @NerdeenKiswani · Apr 3
Betar, has been openly calling for the denaturalization of U.S. citizens over their support for Palestine. The Trump admin refuses to deny whether it's engaging with them on this. I am the only individual they have specifically and repeatedly targeted for denaturalization.



"I'm not going to discuss the nature of the diplomatic or strategic conversations that any department in the government's having."

World Betar confirms that we have provided information on naturalized citizens including terrorist @NerdeenKiswani. These jihadis who threaten American safety and yell about intifada have no place in america!



**Live Blog Update | Israel's war on Gaza**

This is an entry from: Live: More than 1,000 Palestinians killed by Israel since 18 March

**State Department dodges question on whether US citizenships may be revoked for pro-Palestine speech**

31 March 2025 19:55 BST

3:55 PM · May 17, 2025 · **1,279** Views

# Exhibit 42



# Exhibit 43



# Exhibit 44

 **Betar Worldwide** ✔
@Betar_USA



Joey Borgen is a bear Jew who was attacked by jihadis led by Nerdeen Kiswani. He continues to try and hand Nerdeen a beeper and won't be stopped. 👊✡️🇮🇱🇺🇸



8:56 PM · Feb 1, 2025 · **4,687** Views

# Exhibit 45



**Betar Worldwide** ✔
@Betar_USA

We are like this because we are not #Jews with trembling knees. We are proud strong Zionists and these people hate America and the Jews. We wanted to hand a beeper to @NerdeenKiswani she ran away and cried to the @nypd

7:33 PM · Jan 10, 2025 · **142** Views

**2**