IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

NERDEEN MOHSEN,

    *Plaintiff,*

  v.

BETAR ZIONIST ORGANIZATION,
INC. et al,

    *Defendants.*

Case No. 1:26-cv-01585-LGS

**CONSENT REQUEST FOR
ADJOURNMENT OF
APRIL 15, 2026 CONFERENCE**

On February 26, 2026, the Court ordered a conference to be held on April 14, 2026, at 3:15 p.m. and directed the Parties to file a joint letter in preparation for that conference by April 7, 2026. ECF No. 6.

On April 2, 2026, counsel for Defendants Betar Zionist Organization, Inc., Ron Torossian, and Jon Mantell, emailed the undersigned to arrange for service on those Defendants and agreed to executive waivers of service. The Parties also agreed to request an adjournment of the April 15 conference to a date after June 11, 2026, to permit time for Defendants' counsel to prepare and to accommodate scheduled travel.

As such, Plaintiff requests, on consent, an adjournment of the scheduled April 15, 2026, conference to a date convenient to the Court after June 11, 2026. Plaintiffs further request the deadline for the Parties' joint letter be adjourned to one week before the new conference date.

Dated: April 6, 2025

New York, NY

LEE & GODSHALL-BENNETT LLP

By: /s/ Eric Lee
Eric Lee*
Mich. Bar No. P80058
Christopher Godshall-Bennett*
D.C. Bar No. 1780920

1

712 H St. NE, Unit 5019
Washington, DC 20002
Telephone: (248) 602-0936
Eric@leegodshallbennett.com
Chris@leegodshallbennett.com

*Pro hac vice* applications forthcoming

and

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP

By: /s/ Daniel Kornstein
Daniel Kornstein
Jonathan S. Abady
1 Rockefeller Plaza, 8th Floor
New York, New York 10020
Telephone: (212) 763-5000
Facsimile: (212) 763-5001
Email: dkornstein@ecbawm.com
Email: jabady@ecbawm.com

Attorneys for Plaintiff

Application **GRANTED**.  The conference scheduled for April 14, 2026, is **ADJOURNED** to **June 16, 2026 at 3:15 P.M.** The conference will be conducted at the Thurgood Marshall United States Courthouse, Southern District of New York, 40 Foley Square, New York, New York at Room 1106. If lead counsel for any party is located outside of New York City or would experience a hardship from an in-person appearance and would prefer to appear remotely, they should notify the Court immediately by filing a letter on the docket so that arrangements can be made.  By **June 9, 2026**, the parties shall file a joint status letter and proposed case management plan.

Dated: April 7, 2026
        New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

2