UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

NERDEEN MOHSEN,

                              Plaintiff,

-against-

BETAR ZIONIST ORGANIZATION, INC.
et al.,

                         Defendants.

---------------------------------------------------------------X

26 Civ. 1585 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order entered April 7, 2026, directed the parties to file a joint status letter and proposed case management plan by June 9, 2026.

WHEREAS, the parties failed to file the status letter and proposed case management plan.

WHEREAS, the Initial Pretrial Conference in this action is scheduled for June 23, 2026.

It is hereby

**ORDERED** that, as soon as possible and no later than **June 18, 2026**, the parties shall file the status letter and proposed case management plan.

Dated: June 17, 2026
       New York, New York

                                    LORNA G. SCHOFIELD
                           UNITED STATES DISTRICT JUDGE