

Ariadne Panagopoulou
140 Broadway, Suite 3100
New York, New York 10005
Ariadne.Panagopoulou@lewisbrisbois.com
Direct: 212.232.1325

July 21, 2026

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
United States Courthouse
40 Foley Square
New York, New York  10007

> Re:   *Nerdeen Moshen aka Nerdeen Kiswani v. Betar*
> *Zionist Organization, Inc., et al.*
> No. 26-cv-1585 (LGS) (BM)

Dear Judge Schofield:

We represent Defendants Betar Zionist Organization, Inc., Ronn Torossian, and Jon I. Mantell (hereinafter "Defendants") in the above-referenced action. We write pursuant to this Court's Order dated July 15, 2026, and in response to Plaintiff's letter motion filed on July 14, 2026 seeking a conference on Plaintiff's anticipated motion to dismiss Defendants' Counterclaim, which was predicated on New York Civil Rights Law § 70-a (ECF No. 35). Defendants have now filed an Amended Answer (ECF No. 41), which no longer contains a counterclaim against Plaintiff. Therefore, we respectfully request that Plaintiff's letter motion be denied as moot.

We thank the Court for its attention to this matter.

Respectfully,

/s/Ariadne Panagopoulou

Ariadne Panagopoulou of
LEWIS BRISBOIS BISGAARD & SMITH LLP

cc:    Counsel of Record (via ECF)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA

MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA

OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

180240076.1