UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
                                        :

NEERDEN MOHSEN,                :

                 Plaintiff,    :

                                  :        26 Civ. 1585 (LGS)

           -against-           :

                                  :        **ORDER**

BETAR ZIONIST ORGANIZATION INC. et al.,  :
                      Defendants.   :
--------------------------------------------------------------X
LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff filed a pre-motion letter in support of a motion to dismiss the

counterclaim asserted in Defendant's Answer.  After Plaintiff filed the letter, Defendant filed an

Amended Answer, omitting the sole counterclaim previously asserted.  Plaintiff's anticipated

motion to dismiss is thus moot.  It is hereby

     **ORDERED** that Plaintiff shall not answer or otherwise respond to the superseded

counterclaim.

Dated: July 22, 2026
        New York, New York

                                LORNA G. SCHOFIELD
                            UNITED STATES DISTRICT JUDGE