

Peter T. Shapiro
140 Broadway, Suite 3100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

August 3, 2026

**<u>VIA ECF</u>**
Honorable Lorna G. Schofield
United States District Judge
United States Courthouse
40 Foley Square
New York, New York  10007

       Re:    *Nerdeen Moshen aka Nerdeen Kiswani v. Betar*
              *Zionist Organization, Inc., et al.*
              <u>No. 26-cv-1585 (LGS) (BM)</u>

Dear Judge Schofield:

I am counsel for defendants. I write to advise that Stuart Slotnick, Esq. of Buchanan Ingersoll P.C. is in the process of being retained and will be appearing as new counsel shortly, replacing my firm. Mr. Slotnick has been on vacation abroad for 11 days, until today, and my first opportunity to speak with him was at approximately 2:00 p.m. today. Mr. Slotnick will need additional time to get up to speed on the case. I expect that, once he has a better handle on the work ahead, he can advise how much time he needs, but for now we are requesting that all due dates – including for the ESI protocol due today and the particulars of proposed nonparty discovery, due from defendants on August 5 - be extended to August 19. I advised opposing counsel of the foregoing today and they advised that they have no objection to the filing of the letter.

We thank the Court for its attention to this request.

Respectfully,

/s/ Peter T. Shapiro

Peter T. Shapiro of
LEWIS BRISBOIS BISGAARD & SMITH LLP

cc:     Counsel of Record (via ECF)

---

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

181273854.1