UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

NERDEEN MOHSEN (a.k.a. NERDEEN KISWANI)

Plaintiff,

- against -

BETAR ZIONIST ORGANIZATION, INC. RONN TOROSSIAN; ROSS GLICK; YONI KLETZEL; JON I. MANTELL; and JOHN DOE BETAR BOARD MEMBERS 1-10,

Defendants.

-----------------------------------------------------------X

Case No. 26-cv-01585-LGS

**STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL FOR DEFENDANT JON I. MANTELL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, pursuant to Local Rule 1.4, that Buchanan Ingersoll & Rooney PC shall be substituted in the place and stead of Lewis Brisbois Bisgaard & Smith LLP, counsel of record for defendant Jon I. Mantell in the above-captioned matter. Defendant Mantell enters into this substitution of counsel knowingly and voluntarily.

Dated: August 17, 2026

BUCHANAN INGERSOLL & ROONEY PC

By: */s/ Stuart P. Slotnick*
Stuart Slotnick, Esq.
640 5th Avenue, 9th Floor
New York, New York 10019-6102
(212) 440-4400
stuart.slotnick@bipc.com
*Incoming Counsel for Defendant Jon I. Mantell*

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Peter T. Shapiro*
Peter T. Shapiro
140 Broadway, Suite 3100
New York, New York 10007
(212) 232-1300
Peter.Shapiro@lewisbrisbois.com
*Outgoing Counsel for Defendant Jon I. Mantell*

SO ORDERED:

______________________________
U.S.D.J.