Buchanan Ingersoll·Rooney

640 Fifth Avenue
9th Floor
New York, NY 10019-6102
T 212 440 4400
F 212 440 4401

**Stuart P. Slotnick**
212 440 4435
stuart.slotnick@bipc.com

August 25, 2026

The application for an extension of the discovery schedule is **GRANTED**. An Amended Case Management Plan will issue separately. The parties shall file a joint status letter regarding the status of discovery every thirty days beginning from the date of the Order.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. No. 65.

Dated: August 26, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**<u>VIA ECF</u>**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 1106
New York, New York 10007

**Re:** ***Nerdeen Mohsen (a.k.a. Nerdeen Kiswani) v. Betar Zionist Organization, Inc., et al.***
**Case No. 1:26-cv-01585-LGS**

Dear Judge Schofield:

Pursuant to this Court's August 20, 2026 directive, counsel for Plaintiff and Defendants Ronn Torossian, Betar Zionist Organization, Inc., and Jon I. Mantell (the "Parties") write to jointly request an extension of the parties' current deadlines provided in the June 25, 2026 Civil Case Management Plan and Scheduling Order (ECF 30). The Parties respectfully request an extension of all deadlines as follows.

| Deadline | Case Management Date | Proposed Revised Date |
|---|---|---|
| Initial Requests for Production | 7/23/2026 | Served |
| Amend Pleadings without Leave of Court | 8/24/2026 | 10/23/2026 |
| Joinder of Parties | 8/24/2026 | 10/23/2026 |
| Responsive Documents | 9/21/2026 | 11/20/2026 |
| Interrogatories | 8/7/2026 | 10/7/2026 |
| Requests to Admit | 9/21/2026 | 11/20/2026 |
| Completion of Depositions | 10/21/2026 | 1/14/2027 |
| End of Fact Discovery | 10/21/2026 | 1/14/2027 |

| Deadline | Case Management Date | Proposed Revised Date |
|---|---|---|
| Meet and Confer on Expert Disclosures | 11/20/2026 | 1/20/2027 |
| Completion of Expert Discovery | 12/7/2026 | 2/23/2027 |

The basis for the request is that Defendants' counsel are new to this matter and remain in the process of collecting documents and information for discovery purposes and assessing and evaluating the claims and breadth of discovery. Additionally, Defendant's prior counsel was substituted out in the midst of the present discovery schedule, which this Court acknowledged in its authorization that incoming counsel for Defendants could seek further extensions for good cause (ECF 49). Plaintiff's counsel consents to this letter motion to extend the discovery schedule.

There have not been any prior requests for an extension of time on the above discovery deadlines, however the Parties previously requested two extensions of time to submit an ESI protocol, which applications were granted via order on July 8, 2026 (ECF 37) and July 21, 2026 (ECF 45). Defendant, through predecessor counsel, also requested a third extension of time to submit an ESI protocol and a status letter on third party discovery, which was granted via order on August 4, 2026 (ECF 49). Defendant's new counsel also made a second request to extend the time to file a status letter on third party discovery, which request was granted via order August 20, 2026 (ECF 61).

Regarding the Court's Individual Rule III.D.3, the Parties exchanged Rule 26(a) initial disclosures, and Plaintiff served requests for production (July 23, 2026) and interrogatory requests (August 7, 2026) upon Defendants Ronn Torossian, Betar Zionist Organization, Inc., and Jon I. Mantell. Ronn Torossian, Betar Zionist Organization, Inc., and Jon Mantel each served a first set of requests for production and a first set of interrogatories on Plaintiff on Tuesday, August 25, 2026. No responses have been served.

Plaintiff's complaint was filed on February 25, 2026 (ECF 1). Defendant Betar Zionist Organization, Inc. and Defendant Torossian accepted service on April 2, 2026 and Defendant Mantell was served on March 18, 2026. Defendants filed an answer with counterclaim on July 7, 2026 (ECF 35) and thereafter filed an amended answer on July 20, 2026 (ECF 41).

The Parties are requesting to extend the deadlines as provided above, in order to ensure that they timely meet all Court ordered discovery deadlines.

Respectfully,
*/s/ Stuart Slotnick*
Stuart P. Slotnick

cc: Counsel of Record (*via ECF*)