September 25, 2026

**<u>VIA ECF</u>**
Honorable Lorna G. Schofield
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re: Joint Status Letter regarding Status of Discovery
*Nerdeen Mohsen aka Nerdeen Kiswani v. Betar Zionist Organization, et al.*
No. 26-cv-1585-LGS

Dear Judge Schofield:

Plaintiff and Defendants Ronn Torossian, Betar Zionist Organization, Inc., and Jon I. Mantell (the "Parties") respectfully submit this joint letter, pursuant to the Court's August 26, 2026 order (ECF No. 66), to apprise the Court of the status of discovery in this matter. On August 26, 2026, the Court entered an Amended Civil Case Management Plan and Scheduling Order (ECF No. 67) extending, *inter alia*, the deadline for fact discovery to January 14, 2027. The parties have conferred periodically since then to ensure discovery is progressing.

The Parties have served Rule 26(a) disclosures, initial interrogatories and requests for production. Defendants served their responses and objections to Plaintiff's interrogatories on September 15, 2026. Plaintiff will serve her responses and objections to Defendants' interrogatories by October 16, 2026. Both parties will serve their respective responses and objections to the other party's requests for production by October 23, 2026.

We thank the Court for its attention to this matter.

Respectfully submitted,

<u>*/s/ Christopher Godshall-Bennett*</u>
Christopher Godshall-Bennett
Eric Lee
LEE & GODSHALL-BENNETT LLP

Daniel Kornstein
Johnathan Abady
EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

*Attorneys for Plaintiff*

<u>*/s/ Tristan Werfelman*</u>
Tristan Werfelman
BUCHANAN INGERSOLL & ROONEY PC

*Attorney for Defendants Betar Zionist Organization, Inc., Ronn Torossian, and Jon I. Mantell*