UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

NERDEEN MOHSEN,
Plaintiff,

-against-

BETAR ZIONIST ORGANIZATION, INC. et al.,
Defendants.

---------------------------------------------------------------X

26 Civ. 1585 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on November 17, 2026, Plaintiff filed a motion to seal Dkt. Nos. 68 and 72.

WHEREAS, an Order entered on November 18, 2026, granted provisional sealing but inadvertently directed the Clerk of Court to seal Dkt. No. 73. It is hereby

**ORDERED** that Dkt. Nos. 68 and 72 are provisionally sealed.

The Clerk of Court is respectfully directed to seal Dkt. Nos. 68 and 72 and to lift the seal of Dkt. No. 73.

Dated: November 23, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE